CECILIA LEE, LTD.
CECILIA L. LEE, ESQ.
Nevada Bar No. 3344
510 West Plumb Lane, Suite A
Reno, Nevada 89509
Telephone (775) 324-1011
Facsimile (775) 324-6616

Attorney for Appellant
Nevada Mutual Insurance Company

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>ENDOSCOPY CENTER OF SOUTHERN NEVADA,<br>　　　　Debtor. | Case No.: BK-S-09-22780-mkn<br>Chapter 11 |
| NEVADA MUTUAL INSURANCE COMPANY,<br>　　　　Appellant,<br>v.<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP,<br>　　　　Appellee. | Case No. 2:10-cv-01417-RLH-PAL<br><br>**STIPULATION TO DISMISS APPEAL WITH PREJUDICE; ORDER APPROVING STIPULATION** |

　　　Appellant Nevada Mutual Insurance Company, by and through their attorney, Cecilia Lee, Esq. and Appellee Lewis Brisbois Bisgaard & Smith, LLP, by and through its attorney, V. Andrew Cass, Esq., hereby agree and stipulate to dismiss this appeal with prejudice with each party to bear their own attorney's fees and costs.

　　　IT IS SO ORDERED.

DATED this 22nd day of November, 2010

_____
UNITED STATES DISTRICT JUDGE

1

1  Submitted By:

2  CECILIA LEE, LTD.                           LEWIS BRISBOIS BISGAARD & SMITH

3
   /s/ Cecilia Lee                             /s/ V. Andrew Cass
4  CECILIA LEE, ESQ.                           V. ANDREW CASS, ESQ.
   Attorney for Appellant                      Attorney for Appellee
5

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of the law offices of Cecilia Lee, Ltd., 510 West Plumb Lane, Suite A, Reno, NV  89509, and that on this 19th day of November, 2010, I served the foregoing document(s) described as follows:

**STIPULATION TO DISMISS APPEAL WITH PREJUDICE;
ORDER APPROVING STIPULATION**

on the party(s) set forth below by:

   X    Electronic mailing via the United States Bankruptcy CM/ECF system to all those persons listed on the ECF Confirmation Sheet.

DATED this 19th day of November, 2010.

/s/ Jackie R. Mead
JACKIE R. MEAD, an employee of
CECILIA LEE, LTD.

3